IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PHILLIP MORRIS                                                              PLAINTIFF

       v.                          CIVIL NO. 09-2136

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                             DEFENDANT

**O R D E R**

On this 1st day of September, 2011, the court has before it for consideration Plaintiff's request for attorney's fees and costs pursuant to 28 U.S.C. § 2412. ECF Nos. 13, 14. A report and recommendation was filed by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas, on August 11, 2011. ECF No. 16. The parties filed no objections to the report and recommendation. The court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards Plaintiff's attorney fees in the amount of $4,989.70.

IT IS SO ORDERED.

/s/ Robert T. Dawson
HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE